

## Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 13, 2015

Jarrod Neal Flaming
TDCJ-ID #1679601
Jester III Unit
3 Jester Road
Richmond, TX 77406

**RE:**   Case Number:  07-15-00073-CR, 07-15-00074-CR
      Trial Court Case Number: A-18635-1011, B-18377-1004

**Style:** Jarrod Neal Flaming v. The State of Texas

Dear Mr. Flaming:

The Court is in receipt of your letter filed on March 10, 2015. You are not required to file documents pursuant to Texas Rule of Appellate Procedure 20.1(b) or Section 14.004 of the Texas Civil Practice and Remedies Code. However, you are directed to show why this Court has jurisdiction over the denial by the Court of Criminal Appeals of your Writ of Habeas Corpus filed pursuant to article 11.07 of the Code of Criminal Procedure. You are directed to file your response no later than **Monday, March 23, 2015.**

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Kregg Hukill (DELIVERED VIA E-MAIL)
    Carla Cannon (DELIVERED VIA E-MAIL)
    Wally Hatch (DELIVERED VIA E-MAIL)
    Holly Craven (DELIVERED VIA E-MAIL)